# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joell A. Lewis,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07cv99-3

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/25/07 Order.

March 26, 2007

FRANK G. JOHNS, CLERK

BY:   /s/ Cynthia Huntley

Cynthia Huntley, Deputy Clerk